938

No. 89–539. ONDRIZEK ET UX., INDIVIDUALLY AND AS GUARD-
IANS FOR ONDRIZEK ET AL. *v.* FLORIDA DEPARTMENT OF HEALTH
AND REHABILITATIVE SERVICES ET AL. C. A. 11th Cir. Certio-
rari denied.

No. 89–541. NEDZA *v.* UNITED STATES. C. A. 7th Cir. Cer-
tiorari denied.

No. 89–5062. ADAMS *v.* JOHN, SHERIFF OF NAMAHA COUNTY,
ET AL. C. A. 8th Cir. Certiorari denied.

No. 89–5088. BRITSON *v.* LEWIS, DIRECTOR, ARIZONA DE-
PARTMENT OF CORRECTIONS, ET AL. C. A. 9th Cir. Certiorari
denied.

No. 89–5101. BRUNER *v.* McMACKIN, SUPERINTENDENT,
MARION CORRECTIONAL INSTITUTION. C. A. 6th Cir. Certio-
rari denied.

No. 89–5109. MACK *v.* HENDERSON, SUPERINTENDENT, AU-
BURN CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari de-
nied.

No. 89–5135. CHAMBERS *v.* LOCKHART, DIRECTOR, ARKANSAS
DEPARTMENT OF CORRECTION. C. A. 8th Cir. Certiorari de-
nied.

No. 89–5151. LECRONE, EXECUTRIX OF THE ESTATE OF
LECRONE *v.* FEDERAL NATIONAL MORTGAGE ASSN. ET AL.
C. A. 6th Cir. Certiorari denied.

No. 89–5183. ULFERTS *v.* WOOD, WARDEN. C. A. 8th Cir.
Certiorari denied.

No. 89–5280. ALSTON *v.* DUBOIS ET AL. C. A. 6th Cir. Cer-
tiorari denied.

No. 89–5357. LEBBOS *v.* STATE BAR OF CALIFORNIA ET AL.
Ct. App. Cal., 6th App. Dist. Certiorari denied.

No. 89–5372. LAWRENCE *v.* UNITED STATES ARMY (FORT
HOOD). C. A. 5th Cir. Certiorari denied.

No. 89–5373. LAWRENCE *v.* UNITED STATES ARMY (TACOM).
C. A. 6th Cir. Certiorari denied.